B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Palms of Treasure Island, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**74-3113560** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9515 North Trask St.**<br>**Tampa, FL**<br>ZIP Code **33624** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | The Palms of Treasure Island, LLC |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **The Palms of Treasure Island, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _/s/ Don M. Stichter_
Signature of Attorney for Debtor(s)
**Don M. Stichter, Bar No. 078280**
Printed Name of Attorney for Debtor(s)
**STICHTER, RIEDEL, BLAIN & PROSSER, P.A.**
Firm Name
**110 E. Madison St., #200**
**Tampa, FL 33602**
Address

**(813) 229-0144  Fax: (813) 229-1811**
Telephone Number
12/19/08
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Edward Curtin_
Signature of Authorized Individual
**Edward Curtin**
Printed Name of Authorized Individual
**Manager**
Title of Authorized Individual
12-19-08
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)
☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.
☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

| | | |
|---|---|---|
| A&D Stone<br>7119 West Creek Drive<br>Tampa, FL 33615 | Armstrong Cabinets<br>16803 Dallas Parkway<br>Suite 200<br>Addison, TX 75001 | Besmona Arhitectural<br>1517 Citrus Orchard Way<br>Port Charlotte, FL 33954 |
| Britannia Construction and<br>Property Management<br>7942 3rd Avenue South<br>Saint Petersburg, FL 33707 | C. Stephen Allen<br>3606 West Swann Avenue<br>Tampa, FL 33609 | Doug Carter<br>c/o William G.K. Smoak<br>1000 N. Ashley Drive<br>Suite 500<br>Tampa, FL 33602 |
| Clear Tech Pool Service<br>P.O. Box 10136<br>Saint Petersburg, FL 33733 | Commercial Fire & Comm<br>P.O. Box 1350<br>Largo, FL 33779-1350 | Control Solutions, Inc.<br>1406 North 16th Street<br>Tampa, FL 33605 |
| CQ Insulation<br>8806 Venture Cove<br>Valrico, FL 33594 | D&Y Seemless Gutters<br>P.O. Box 342773<br>Tampa, FL 33694 | Deloach & Hofstra<br>8640 Seminole Boulevard<br>Seminole, FL 33772 |
| Delta Seven, Inc.<br>P.O. Box 3241<br>Saint Petersburg, FL 33731 | Electric Maintenance and Construction<br>9513 North Trask Street<br>Tampa, FL 33624 | Famous Tate<br>8317 Armenia Avenue<br>Tampa, FL 33604 |
| FC Fire Protection<br>160 Adelaide Street<br>London<br>ON N5Z3L1, | Federal Express<br>P.O. Box 95001<br>Lakeland, FL 33804-5001 | Fenceworks, Inc.<br>8945 Airway Boulevard<br>New Port Richey, FL 34654 |
| Gale Insulation<br>200 Stevens Avenue<br>Oldsmar, FL 34677 | Gator Gypsum, Inc.<br>P.O. Box 76125<br>Tampa, FL 33675-1125 | Warren Gold<br>19604 Amazon Basin Bend<br>Lutz, FL 33559 |
| Green is Good Landcare<br>236 Channel Drive<br>Tampa, FL 33606 | HD Supply<br>1032 9th Avenue North<br>Saint Petersburg, FL 33705 | JA Corsson<br>31550 CR 437<br>Sorrento, FL 32776 |
| John H. Rains, PA<br>501 East Kennedy Boulevard<br>Suite 750<br>Tampa, FL 33602-5239 | JV Systems Services<br>1739 Marion Street<br>Clearwater, FL 33756-6200 | Kohler & Company<br>502 North Armenia Avenue<br>Tampa, FL 33609 |
| Lighting Bulbs & Supply<br>5110 Land O Lakes Boulevard<br>Land O Lakes, FL 34639 | Mark Shabacker, PA<br>201 East Kennedy Boulevard<br>Suite 460<br>Tampa, FL 33602-5823 | McMullen Roofing<br>1091 Kapp Drive<br>Clearwater, FL 33765 |

Midway Glass
1417 South Missouri Avenue
Clearwater, FL 33756

Mike Smith Realty, LLC
19728 Morden Blush Drive
Lutz, FL 33558

Montecki & Associates
2531 Central Avenue
Saint Petersburg, FL 33713

Mowrey Elevator
4518 Lafayette Street
Marianna, FL 32446

NAFFCO
1510 South MacDill Avenue
Tampa, FL 33629-5214

NAFFCO
c/o Eric J. Partlow
401 East Jackson Street
Suite 2700
Tampa, FL 33602

Palms of Treasure Island
Condominium Association, Inc.
c/o Total Realty Services
13030 Gulf Blvd.
Madeira Beach, FL 33708

Peter D. Graham
Zacur & Graham, P.A.
P.O. box 14409
Saint Petersburg, FL 33733

Ron Roseman
9513 North Trask Street
Tampa, FL 33624

Rudy's Rentals
5867 54th Avenue
Saint Petersburg, FL 33709

Sanix Property Development
1966 Sandra Drive
Clearwater, FL 33764

Scott & Goldman
590 West Crossville Road
Suite 104
Roswell, GA 30075

Sea Cay Construction
4830 Higel Avenue
Sarasota, FL 34242

Robert Smith
c/o Denis A. Cohrs, Esq.
2575 Ulmerton Road
Suite 210
Clearwater, FL 33762

Treasure Island True Value
10625 First Street East
Saint Petersburg, FL 33706

Wachovia Bank
P.O. Box 1000
Orlando, FL 32802-1000

Wachovia Bank
100 S Ashley Dr. Suite 950
Suite 950
Tampa, FL 33602

Wiginton Fire Systems
699 Aero Lane
Sanford, FL 32771