# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re **The Palms of Treasure Island, LLC**     Case No. **8:08-bk-20354**
Debtor(s)     Chapter **11**

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Palms of Treasure Island Condominium Association, Inc.**<br>c/o Total Realty Services<br>13030 Gulf Blvd.<br>Madeira Beach, FL 33708 | **Palms of Treasure Island Condominium Association, Inc.**<br>c/o Total Realty Services<br>Madeira Beach, FL 33708 | | **Unliquidated<br>Disputed** | **185,000.00** |
| **JA Corsson**<br>31550 CR 437<br>Sorrento, FL 32776 | **JA Corsson**<br>31550 CR 437<br>Sorrento, FL 32776 | **Trade debt** | | **75,846.98** |
| **Ferro & Mathey**<br>c/o Timothy Schuler<br>9075 Seminole Boulevard<br>Seminole, FL 33772 | **Ferro & Mathey**<br>c/o Timothy Schuler<br>9075 Seminole Boulevard<br>Seminole, FL 33772 | **Commercial real property consisting of 23 condominium units located at 10315 Gulf Boulevard, Treasure Island, Florida.** | **Disputed** | **74,142.24<br>(5,750,000.00 secured)<br>(6,620,526.17 senior lien)** |
| **Celebrity Carpets dba NAFFCO**<br>Attn: Barbara A. Crocker, Agent<br>1510 South MacDill Avenue<br>Tampa, FL 33629 | **Celebrity Carpets dba NAFFCO**<br>Attn: Barbara A. Crocker, Agent<br>1510 South MacDill Avenue<br>Tampa, FL 33629 | **Commercial real property consisting of 23 condominium units located at 10315 Gulf Boulevard, Treasure Island, Florida.** | **Unliquidated<br>Disputed** | **70,000.00<br>(5,750,000.00 secured)<br>(6,550,526.17 senior lien)** |
| **Robert Smith**<br>c/o Denis A. Cohrs, Esq.<br>2575 Ulmerton Road<br>Suite 210<br>Clearwater, FL 33762 | **Robert Smith**<br>c/o Denis A. Cohrs, Esq.<br>2575 Ulmerton Road<br>Clearwater, FL 33762 | **Commercial real property consisting of 23 condominium units located at 10315 Gulf Boulevard, Treasure Island, Florida.** | **Unliquidated<br>Disputed** | **69,980.00<br>(5,750,000.00 secured)<br>(7,593,272.07 senior lien)** |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Keener, Keener & Jensen**<br>**c/o Joseph E. Gayton**<br>**116 - 107th Avenue**<br>**Saint Petersburg, FL 33706** | **Keener, Keener & Jensen**<br>**c/o Joseph E. Gayton**<br>**116 - 107th Avenue**<br>**Saint Petersburg, FL 33706** | **Commercial real property consisting of 23 condominium units located at 10315 Gulf Boulevard, Treasure Island, Florida.** | **Disputed** | **60,000.00 (5,750,000.00 secured) (6,694,668.41 senior lien)** |
| **Sea Cay Construction**<br>**4830 Higel Avenue**<br>**Sarasota, FL 34242** | **Sea Cay Construction**<br>**4830 Higel Avenue**<br>**Sarasota, FL 34242** | **Trade debt** | | **37,440.38** |
| **FC Fire Protection**<br>**160 Adelaide Street**<br>**London**<br>**ON N5Z3L1** | **FC Fire Protection**<br>**160 Adelaide Street**<br>**ON N5Z3L1** | **Trade debt** | | **30,388.06** |
| **Fenceworks, Inc.**<br>**8945 Airway Boulevard**<br>**New Port Richey, FL 34654** | **Fenceworks, Inc.**<br>**8945 Airway Boulevard**<br>**New Port Richey, FL 34654** | **Trade debt** | | **30,013.12** |
| **McMullen Roofing**<br>**1091 Kapp Drive**<br>**Clearwater, FL 33765** | **McMullen Roofing**<br>**1091 Kapp Drive**<br>**Clearwater, FL 33765** | **Trade debt** | | **24,669.00** |
| **Besmona Arhitectural**<br>**1517 Citrus Orchard Way**<br>**Port Charlotte, FL 33954** | **Besmona Arhitectural**<br>**1517 Citrus Orchard Way**<br>**Port Charlotte, FL 33954** | **Trade debt** | | **20,520.00** |
| **John H. Rains, PA**<br>**501 East Kennedy Boulevard**<br>**Suite 750**<br>**Tampa, FL 33602-5239** | **John H. Rains, PA**<br>**501 East Kennedy Boulevard**<br>**Suite 750**<br>**Tampa, FL 33602-5239** | **Trade debt** | | **15,381.31** |
| **John W. Landkammer**<br>**P.O. Box 172727**<br>**Tampa, FL 33672-0727** | **John W. Landkammer**<br>**P.O. Box 172727**<br>**Tampa, FL 33672-0727** | **Commercial real property consisting of 23 condominium units located at 10315 Gulf Boulevard, Treasure Island, Florida.** | **Disputed** | **14,902.42 (5,750,000.00 secured) (6,754,668.41 senior lien)** |
| **D&Y Seemless Gutters**<br>**P.O. Box 342773**<br>**Tampa, FL 33694** | **D&Y Seemless Gutters**<br>**P.O. Box 342773**<br>**Tampa, FL 33694** | **Trade debt** | | **13,409.00** |
| **Famous Tate Electric Co.**<br>**8317 Armenia Avenue**<br>**Tampa, FL 33604** | **Famous Tate Electric Co.**<br>**8317 Armenia Avenue**<br>**Tampa, FL 33604** | **Trade debt** | **Unliquidated Disputed** | **13,116.42** |
| **Midway Glass**<br>**1417 South Missouri Avenue**<br>**Clearwater, FL 33756** | **Midway Glass**<br>**1417 South Missouri Avenue**<br>**Clearwater, FL 33756** | **Trade debt** | | **9,700.00** |
| **Montecki & Associates**<br>**2531 Central Avenue**<br>**Saint Petersburg, FL 33713** | **Montecki & Associates**<br>**2531 Central Avenue**<br>**Saint Petersburg, FL 33713** | **Trade debt** | | **7,032.51** |
| **Gator Gypsum, Inc.**<br>**P.O. Box 76125**<br>**Tampa, FL 33675-1125** | **Gator Gypsum, Inc.**<br>**P.O. Box 76125**<br>**Tampa, FL 33675-1125** | **Trade debt** | | **6,537.81** |
| **CQ Insulation**<br>**8806 Venture Cove**<br>**Valrico, FL 33594** | **CQ Insulation**<br>**8806 Venture Cove**<br>**Valrico, FL 33594** | **Trade debt** | | **5,888.48** |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Rudy's Rentals<br>5867 54th Avenue<br>Saint Petersburg, FL 33709 | Rudy's Rentals<br>5867 54th Avenue<br>Saint Petersburg, FL 33709 | Trade debt | | 5,883.27 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 9, 2009**  Signature  **/s/ Edward Curtin**
**Edward Curtin**
**Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.