UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

THE PALMS OF TREASURE
ISLAND, LLC,

    Debtor.
_____/

Chapter 11

Case No. 8:08-bk-20354-MGW

***Emergency Relief Requested***

### DEBTOR'S MOTION TO ESTABLISH BID PROCEDURES AND FOR APPROVAL OF SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS

Debtor, THE PALMS OF TREASURE ISLAND, LLC, by and through its undersigned counsel, moves the Court to enter an order pursuant to 11 U.S.C. § 363(b) and (f), and Rule 6004 of the Federal Rules of Bankruptcy Procedure, (a) authorizing and approving the sale of certain real property owned by the Debtor, free and clear of any liens, claims, interests or encumbrances, and (b) authorizing the bid procedures set forth herein, and in support thereof states:

### Jurisdiction and Venue

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157 and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

2. The statutory predicates for the relief sought herein as 11 U.S.C. §363(f).

3. No request for the relief requested herein has been made to this Court or any other court.

## Background

4. On December 19, 2008 (the "**Petition Date**"), the Debtor filed its Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**"). The Debtor is operating its business and managing its property as a debtor in possession pursuant to §§1107(a) and 1108 of the Bankruptcy Code.

5. No trustee has been appointed. On February 9, 2009, the Court filed its Notice of Appointment of Creditors' Committee (Doc. No. 49), and then filed its Amended Notice of Appointment of Creditors' Committee (Doc. No. 77) on March 9, 2009.

6. The Debtor is the owner and developer of a 36 unit condominium project located in Treasure Island, Florida (the "**Project**"). The Project was completed prepetition, in mid-2007. Following completion, and the Debtor sold thirteen (13) of the units to third-party purchasers, and currently maintains ownership of the remaining twenty three (23) condo units. Debtor ceased operation of the project for rental purposes in approximately August, 2008.

7. The original stockholders of the Debtor were Ron Roseman ("**Roseman**"), John Lum ("**Lum**") and Aram Guluzian ("**Guluzian**"), the latter two being its active managers during development of the Project.

8. Lum and Guluzian mismanaged the construction funds obtained for development of the Project by first mortgage of Regions Bank (the "**Regions Mortgage**"), and misappropriated funds obtained by way of a second mortgage (the

"**Cowboy Pals Mortgage**"). Further mismanagement of the Project and construction funds resulted in a judgment of in favor of Superior Construction Greenville, LLC (the "**Superior Judgment**").

9. To avoid imminent foreclosures, Mike Smith Realty, LLC ("**MSR**") obtained an assignment of the Regions Mortgage and the Cowboy Pals Mortgage (collectively, the "**Mortgages**"). MSR also purchased the Superior Judgment.

10. Pursuant to the Mortgages and the Superior Judgment, MSR is a secured creditor of the Debtor in the approximate total amount of $7.2 million (the "**MSR Claims**").

11. MSR is a Florida corporation owned by Roseman.

12. Roseman is the sole manager of the Debtor. Roseman does not receive compensation from the Debtor and has not received compensation within the year preceding the filing of the chapter 11.

13. The Debtor estimates the current fair market value of the Property to be less than $5 million.

**Relief Sought and Grounds for Relief**

14. The Debtor seeks authority to sell all real property owned by the Debtor consisting of twenty-three (23) units in a thirty-six (36) unit condominium complex located in Treasure Island, Florida (the "Property"). The Debtor seeks authority to sell the Property pursuant to 11 U.S.C. § 363(f), free and clear of all liens, claims and encumbrances at a duly scheduled auction, to be held in connection with confirmation of the Debtor's Plan of Reorganization.

15. Upon information and belief, the Property may be encumbered by the following claims, liens and encumbrances:

   a. The MSR Claims;

   b. The real property taxes owed to Pinellas County, if any;

   c. The disputed claim of the Palms of Treasure Island Condominium Association; and

   d. Judgment Lien Creditors, as that term is defined by the Chapter 11 Plan of Reorganization.

16. The Debtor proposes to sell the Property at a duly scheduled auction to be held in conjunction with confirmation of the Chapter 11 Plan of reorganization, the sale terms are as follows:

   a. Price: MSR shall make an initial offer of at least $5 million (the "**Purchase Price**") as a credit bid pursuant to Section 363(k) of the Bankruptcy Code. Said credit bid shall in no way relate to or establish any deficiency claim of the MSR. MSR shall be entitled to credit bid the full amount of the MSR Claims.

   b. Auction Location: An auction to consider any competing bids with respect to the Property will be held at the confirmation hearing in Tampa, Florida on August 12, 2009 at the United States Bankruptcy Court, 801 North Florida Ave., Tampa, Florida 33602, Courtroom 8(A) at 10:30 a.m. eastern standard time. All interested bidders must be physically present at the auction in order to participate.

    c. Bidding Procedure: The initial competing bid must provide for (i) a cash purchase price of at least $100,000 above the Purchase Price. All subsequent higher bids (including any subsequent bid which may be made by MSR) must be in incremental increases of at least $50,000.

    d. Assets: The Property will be sold without any representation or warranties (except as to title), "as is" and "where is," with all liens, claims and encumbrances, if any, to attach to the sale proceeds.

    e. Advertisement and Notice: The Debtor shall advertise the sale once each in the following newspapers: (1) *The Tampa Tribune*; and (2) the *St. Petersburg Times*. In addition, this Motion shall be served pursuant to F.R.B.P. 6004, 2002(a)(2), (c)(1), (i) and (k) to all creditors of the Debtor, all entities who allege a claim, lien and/or encumbrance upon the Property, and the U.S. Trustee.

    f. Contingencies: The Property will be sold free and clear of liens, claims, encumbrances and interests. An order of the Court shall be entered authorizing the sale free and clear of liens, claims, encumbrances and interest and finding that the purchaser is a "good faith" purchaser within the meaning of 11 U.S.C. § 363(m).

    g. Closing: The closing shall occur ten (10) days after the entry of a final order approving the sale as set forth in this Motion.

17. Debtor seeks to sell the Property pursuant to Section 363(f) of the Code. Section 363(f) allows sales free and clear if any of the following factors exist: applicable

non-bankruptcy law permits the sale, the lien holder consents, the interest is less than the price of the property to be sold; the interest is in a bona fide dispute, or the lien holder could be compelled to accept money in satisfaction of such interest.

18. Debtor asserts that one or more of the factors exist for a sale of the Property pursuant to 11 U.S.C. § 363(f). MSR, which is the largest lien holder, consents to the sale of the Property. MSR consents to the satisfaction of any real estate taxes due to Pinellas County. Other alleged claims and encumbrances may be disputed by the Debtor. The Debtor reserves its right to provide more specific factors in support of this Motion at the hearing.

19. The Debtor believes that the sale of the Property is in the best interest of the Estate, in its business judgment, and that the sale will maximize the return to the creditors of the Debtor.

20. All undisputed liens, as well as reasonable and necessary costs of sale, will be paid from the sale proceeds. Any remaining proceeds of sale will be escrowed in an interest-bearing non-IOTA account with Debtor's counsel subject to further order of this Court (the "**Remaining Sale Proceeds**"). Any disputed liens, claims or interests shall attach exclusively to the Remaining Sale Proceeds.

21. Contemporaneously with the filing of this Motion, the Debtor will file a plan of reorganization which contemplates the sale of the Property and the distribution of the sale proceeds.

22. Additionally, if MSR is the successful bidder at auction, it shall pay all allowed administrative class claims ("**Allowed Administrative Claims**") and shall make

6

a one-time, non-recourse payment to the Debtor in the total amount of $80,000 (the "**Unsecured Creditors Distribution Amount**"), which will be used by the Reorganized Debtor to pay a pro rata share to each holder of an allowed unsecured claim. Should another party prevail at auction, then the Allowed Administrative Claims and the Unsecured Creditors Distribution Amount shall be paid from the Remaining Sale Proceeds.

23. The proposed sale is in furtherance of a plan of reorganization and "under a plan." Accordingly, the Debtor requests an express finding that the proposed sale is exempt from documentary stamp taxes pursuant to § 1146(a) of the Bankruptcy Code. This Motion has been served on the Florida Department of Revenue and its counsel.

WHEREFORE, the Debtor moves this Court to enter an order (a) granting this Motion; (b) establishing bid procedures; (c) authorizing sale of the Property free and clear of all liens, claims and interests; (d) finding that such sale is exempt from documentary stamp taxes pursuant to § 1146(a); and (e) for such other and further relief that the Court deems appropriate.

Dated: June 15, 2009

/s/ Don M. Stichter
Don M. Stichter
Florida Bar No. 078280
Stichter Riedel Blain & Prosser, P.A.
110 Madison Street, Ste. 200
Tampa, FL 33602
(813) 229-0144
(813) 229-1811 (facsimile)
dstichter@srbp.com
Attorneys for the Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing DEBTOR'S MOTION TO ESTABLISH BID PROCEDURES AND FOR APPROVAL OF SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS has been furnished by the Court's CM/ECF system or U.S. MAIL on the 15th day of June, 2009 to:

All Creditors on the Court's Creditor Matrix

                                          /s/ Don M. Stichter
                                          Don M. Stichter
                                          Florida Bar No. 078280

```
Label Matrix for local noticing              A&D Stone                                    C Stephen Allen
113A-8                                       7119 West Creek Drive                        C Stephen Allen PA
Case 8:08-bk-20354-MGW                       Tampa, FL 33615-2760                         3606 Swann Avenue
Middle District of Florida                                                                Tampa, FL 33609-4518
Tampa
Mon Jun 15 13:42:28 EDT 2009

Armstrong Cabinets                           Mark J Bernet                                Besmona Arhitectural
16803 Dallas Parkway                         Kass Shuler Solomon Spector Foyle et al      1517 Citrus Orchard Way
Suite 200                                    PO Box 800                                   Port Charlotte, FL 33954
Addison, TX 75001-5220                       Tampa, FL 33601-0800


Britannia Construction & Property Management Britannia Construction & Property Management Britannia Construction and
7942 3rd Avenue South                        7942 3rd Avenue South                        Property Management
St. Petersburg, FL 33707-1028                St. Petersburg, Florida 33707-1028           7942 3rd Avenue South
                                                                                          Saint Petersburg, FL 33707-1028


Douglas J Burns                              C. Stephen Allen                             CQ Insulation
Douglas J Burns PA                           3606 West Swann Avenue                       8806 Venture Cove
2559 Nursery Road, #A                        Tampa, FL 33609-4518                         Valrico, FL 33594
Clearwater, FL 33764-1782


Celebrity Carpets & Interiors, Inc. d/b/a/ N Celebrity Carpets dba NAFFCO                 Celebrity Carpets dba NAFFCO
c/o Eric Partlow                             Attn: Barbara A. Crocker, Agent              c/o Eric J. Partlow
Ruden McClosky, et al                        1510 South MacDill Avenue                    401 E. Jackson Street
401 E. Jackson St                            Tampa, FL 33629-5214                         Suite 2700
Suite 2700                                                                                Tampa, FL 33602-5841
Tampa, fl 33602-5841

Clear Tech Pool Service                      Denis A Cohrs                                Commercial Fire & Comm
P.O. Box 10136                               The Cohrs Law Group PA                       P.O. Box 1350
Saint Petersburg, FL 33733-0136              1901 Ulmerton Road                           Largo, FL 33779-1350
                                             Suite 425
                                             Clearwater, FL 33762-2302


Control Solutions, Inc.                      D&Y Seemless Gutters                         Dana Cook
1406 North 16th Street                       P.O. Box 342773                              Dana H Cook Family Partnership
Tampa, FL 33605-5126                         Tampa, FL 33694-2773                         20239 Concord Hill
                                                                                          Cypress, TX 77433-5678


Dana H Cook Family Partnership               Dana H Cook Family Partnership Ltd           Deloach & Hofstra
20239 Concord Hill                           c/o Mary Wohlrabe                            8640 Seminole Boulevard
Cyress, TX 77433-5678                        PO Box 69817                                 Seminole, FL 33772-3801
                                             Oro Valley, AZ 85737-0022


Delta Seven Inc                              Delta Seven, Inc.                            Dennis Noto & Associates Inc.
attn: Thomas Cuba                            P.O. Box 3241                                1423 South Howard Avenue
447 3rd Ave N Suite 307                      Saint Petersburg, FL 33731-3241              Tampa, FL 33606-3126
St Petersburg, FL 33701-3245


Department of Labor and Security             Department of Revenue                        Doug Carter
Hartman Building Suite 307                   PO Box 6668                                  c/o William G.K. Smoak
2012 Capital Circle Southeast                Tallahassee FL 32314-6668                    1000 N. Ashley Drive
Tallahassee FL 32399 0648                                                                 Suite 500
                                                                                          Tampa, FL 33602-3717
```

| | | |
|---|---|---|
| Electric Maintenance and Construction<br>9513 North Trask Street<br>Tampa, FL 33624-5136 | FC Fire Protection<br>160 Adelaide Street<br>London<br>ON N5Z3L1 | Famous Tate<br>Jason E. Horst, Vice President<br>8317 Armenia Avenue<br>Tampa, FL 33604-2733 |
| Famous Tate Electric Co.<br>c/o C. Stephen Allen, Esq.<br>3606 Swann Ave.<br>Tampa,, FL 33609-4518 | Federal Express<br>P.O. Box 95001<br>Lakeland, FL 33804-5001 | Fenceworks, Inc.<br>8945 Airway Boulevard<br>New Port Richey, FL 34654-5101 |
| Ferro & Mathey<br>c/o Timothy Schuler<br>9075 Seminole Boulevard<br>Seminole, FL 33772-3147 | Florida Department of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0100 | Frederick J. Mills<br>Morrison & Mills, PA<br>1200 W. Platt Street<br>Suite 100<br>Tampa, Florida 33606-2136 |
| Gale Insulation<br>200 Stevens Avenue<br>Oldsmar, FL 34677-2902 | Gator Gypsum, Inc.<br>P.O. Box 76125<br>Tampa, FL 33675-1125 | Alberto F Gomez Jr.<br>Morse & Gomez, PA<br>119 S. Dakota Avenue<br>Tampa, FL 33606-1813 |
| Green is Good Landcare<br>236 Channel Drive<br>Tampa, FL 33606-3717 | HD Supply<br>1032 9th Avenue North<br>Saint Petersburg, FL 33705 | Katie Brinson Hinton<br>Ruden McClosky<br>150 Second Avenue, North, Suite 1700<br>Saint Petersburg, FL 33701-3343 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | J.A. Croson LLC<br>PO BOx 2828<br>Orlando, FL 32802-2828 | JA Corsson<br>31550 CR 437<br>Sorrento, FL 32776-9380 |
| JV Systems Services<br>1739 Marion Street<br>Clearwater, FL 33756-6200 | John H. Rains, PA<br>501 East Kennedy Boulevard<br>Suite 750<br>Tampa, FL 33602-5257 | John W. Landkammer<br>P.O. Box 172727<br>Tampa, FL 33672-0727 |
| Keener, Keener & Jensen<br>c/o Joseph E. Gayton<br>116 - 107th Avenue<br>Saint Petersburg, FL 33706-4716 | Elena P Ketchum<br>Stichter, Riedel, Blain & Prosser<br>110 E. Madison St., Suite 200<br>Tampa, FL 33602-4718 | Kohler & Company<br>401 North Howard Avenue<br>Tampa, FL 33606-1510 |
| Kyle K Ferro and Donald P Mathey<br>102 18th Street<br>Belleair Beach, FL 33786-3314 | Kyle K. Ferro<br>102 18th Street<br>Belleair Beach, FL 33786-3314 | Labor Finders<br>P.O. Box 271508<br>Tampa, FL 33688-1508 |
| Benjamin E. Lambers<br>Timberlake Annex<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | John W Landkammer<br>Wetherington Hamilton Harrison & Fair PA<br>1010 North Florida Avenue<br>Tampa, FL 33602-3808 | Lighting Bulbs & Supply<br>5110 Land O Lakes Boulevard<br>Land O Lakes, FL 34639-3723 |

| | | |
|---|---|---|
| Mark Shabacker, PA<br>201 East Kennedy Boulevard<br>Suite 460<br>Tampa, FL 33602-5823 | McMullen Roofing<br>1091 Kapp Drive<br>Clearwater, FL 33765-2112 | Michael Dexter, Sales Manager<br>Gator Gypsum Inc.<br>3904 Adamo Drive<br>Tampa, FL 33605-5902 |
| Michael J. Heath<br>123 - 108th Avenue<br>Saint Petersburg, FL 33706-4701 | Midway Glass<br>1417 South Missouri Avenue<br>Clearwater, FL 33756-2248 | Mike Smith Realty, LLC<br>Post Office Box 800<br>Tampa, FL 33601-0800 |
| Mike Smith Realty, LLC<br>19728 Morden Blush Drive<br>Lutz, FL 33558-9088 | Frederick J. Mills<br>Morse & Gomez, PA<br>119 S. Dakota Ave.<br>Tampa, FL 33606-1813 | Montecki & Associates<br>2531 Central Avenue<br>Saint Petersburg, FL 33713-8721 |
| Mowrey Elevator<br>4518 Lafayette Street<br>Marianna, FL 32446-3418 | NAFFCO<br>1510 South MacDill Avenue<br>Tampa, FL 33629-5214 | NAFFCO<br>c/o Eric J. Partlow<br>401 East Jackson Street<br>Suite 2700<br>Tampa, FL 33602-5841 |
| NAFFCO<br>c/o Eric J. Partlow, Esquire<br>Ruden, McClosky, et al<br>401 E. Jackson Street, Suite 2700<br>Tampa, FL 33602-5841 | Noley Keener<br>8064 Causeway Blvd South<br>St Petersburg, FL 33707-1015 | Office of US Attorney<br>Attn Civil Process Clerk<br>400 North Tampa St Suite 3200<br>Tampa FL 33602-4774 |
| Palms of Treasure Island<br>Condominium Association, Inc.<br>c/o Total Realty Services<br>13030 Gulf Blvd.<br>Madeira Beach, FL 33708-2639 | Palms of Treasure Island Condominium Associa<br>John W Landkammer, Esquire<br>1010 N Florida Ave<br>Tampa, FL 33602-3808 | Palms of Treasure Island Condominium Associa<br>John W Landkammer, Esquire<br>Wetherington Hamilton Harrison & Fair PA<br>1010 N Florida Ave<br>Tampa, FL 33602-3808 |
| Peter D. Graham<br>Zacur & Graham, P.A.<br>P.O. box 14409<br>Saint Petersburg, FL 33733-4409 | Pinellas County Tax Collector<br>P O Box 2943<br>Clearwater, FL  33757-2943 | Pinellas County Tax Collector<br>P.O. Box 10832<br>Clearwater, FL 33757-8832 |
| Pinellas County Tax Collector (MD)<br>attn: Betty A Gramley CFCA, CPM<br>PO Box 2943<br>Clearwater, FL 33757-2943 | Robert Smith<br>c/o Denis A Cohrs, Esquire<br>1901 Ulmerton Rd Suite 425<br>Clearwater, FL 33762-2302 | Robert Smith<br>c/o Denis A. Cohrs, Esq.<br>2575 Ulmerton Road<br>Suite 210<br>Clearwater, FL 33762-2253 |
| Ron Roseman<br>9513 North Trask Street<br>Tampa, FL 33624-5136 | Rosensteel's Refrigeration<br>  & Air Conditioning, Inc.<br>12541 Ulmerton Road, Ste A<br>Largo, FL 33774-3608 | Rudy's Rentals<br>5867 54th Avenue<br>Saint Petersburg, FL 33709-1901 |
| Sanix Property Development<br>1966 Sandra Drive<br>Clearwater, FL 33764-4772 | Scott & Goldman<br>590 West Crossville Road<br>Suite 104<br>Roswell, GA 30075-7512 | Sea Cay Construction<br>4830 Higel Avenue<br>Sarasota, FL 34242-1403 |

| | | |
|---|---|---|
| Don M Stichter<br>Stichter, Riedel, Blain & Prosser<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Stichter, Riedel, Blain & Prosser, P.A.<br>110 Madison Street-Ste 200<br>Tampa, FL 33602-4718 | The Palms of Treasure Island, LLC<br>9515 N. Trask St.<br>Tampa, FL 33624-5136 |
| Treasure Island True Value<br>10625 First Street East<br>Saint Petersburg, FL 33706-4803 | Two Creative Inc<br>3314 Henderson Blvd Suite 100C<br>Tampa, FL 33609-2999 | Two Creative, Inc.<br>Attn: Margaret B. Jennings<br>3314 Henderson Boulevard<br>Tampa, FL 33609-2998 |
| US Equal Employment Opportunity Commission<br>Attn: Manuel Zurita<br>Tampa Field Office<br>501 East Polk Street 10th Floor<br>Tampa, Fl 33602-3949 | United States Trustee - TPA<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Wachovia Bank<br>100 S Ashley Dr.  Suite 950<br>Suite 950<br>Tampa, FL 33602-5366 |
| (p)WACHOVIA BANK NA<br>PO BOX 13765<br>ROANOKE VA 24037-3765 | Warren Gold<br>19604 Amazon Basin Bend<br>Lutz, FL 33559-7341 | Wiginton Fire Systems<br>699 Aero Lane<br>Sanford, FL 32771-6699 |
| William Ferro and Margaret Stoltz<br>4910 Bay St NE #211<br>St Petersburg, FL 33703-4051 | Michael G. Williamson<br>Tampa | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>Spec Proc Br MC 5720 P&I I<br>400 W. Bay St., Ste 35045, Bkcy Sect<br>Jacksonville, FL 32202-4437 | Wachovia Bank<br>P.O. Box 1000<br>Orlando, FL 32802-1000 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Mike Smith Realty, LLC | (u)Palms of Treasure Island Condominium Assoc | (d)Palms of Treasure Island Condominium Assoc<br>John W Landkammer, Esquire<br>1010 N. Florida Ave<br>Tampa, FL 33602-3808 |
| (d)Robert Smith<br>c/o Denis A Cohrs, Esquire<br>1901 Ulmerton Rd<br>Suite 425<br>Clearwater, FL 33762-2302 | End of Label Matrix<br>Mailable recipients   103<br>Bypassed recipients     4<br>Total               107 | |